IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 20  A 10: 26

_[handwritten plaintiff name]_
Full name and prison number
of plaintiff(s)

v.

_[handwritten defendant names]_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06cv259-WHA
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _[handwritten]_

         Defendant(s) _[handwritten]_

      2. Court (if federal court, name the district; if state court, name the county) _Middle District of Alabama, United States District Court, Montgomery AL_

3. Docket number 3:06-CV-178-MEF (WO)

4. Name of judge to whom case was assigned Delores R. Boyd United States Magistrate Judge

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit 03/01/2006

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center Post Office Box 7147 Opelika, Al 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Courtroom Justice Center 1311 Gateway Drive Opelika, Al 36801

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                         ADDRESS
1. Kenneth Riley, Dist Att, 1311 Gateway Drive
2. Russell Bush, Dist Judge, 1311 Gateway Drive
3. Deputy Smith, Post Office Box 7147
4. Jay Jones, Major Sheriff, Lee County Detention Center
5. Corey Welch, Sergeant Jailer, Lee County Detention Center
6. House Smith, House Steward, Lee County Detention Center

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 16 March 2006 Courthouse Judge Bush Dist Att Riley Deputy Smith

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Judge Bush stated in court in Alabama there is no such law as Due Process and that I could not have a Jury Trial in this court

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

In all criminal prosecution, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation, to be confronted with the witness against him to have compulsory process for obtaining witness

**GROUND TWO:** Kenneth Dill is the District At. Excessive bail shall not be required, nor excessive imposed, nor cruel and unusual punishment inflicted

**SUPPORTING FACTS:** Suppose to be a highly motivated well-trained Sty who continuously strive to improve their individual job, performances and their areas of responsibility. Protection from personal abuse, corporal punishment. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United State, nor shall any State deprive any person of life liberty or property, without due process of the law.

**GROUND THREE:** Deputy Smith lyied to day in court, to get me 315 days case need to go to trail

**SUPPORTING FACTS:** It was his word against mine. Internal Affairs had to give the both of us the lie detector test. Florida is out inmate interrorgated. He complains that his constitutional right are being violated at the jail because he is subject to unconstitutional confinement. There's people went back to 1981 arising record and that is what I was counted on my past. my past is us Do not No.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

just check into what I am saying about my constitutional rights are being violated. You said drop jones out on system but need to add them back to the list

*Lawry Bernard Jones I*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  16 March 2006 .
               (Date)

*Lawry Bernard Jones I*
Signature of plaintiff(s)

4

Proceedings in cases brought under 42 U.S.C. § 1983 are governed by the Federal Rules of Civil Procedure.

Recommendation Of The Magistrate Judge    Delores R. Boyd United States Magistrate Judge: Plaintiff is and inmate incarcerated in the Lee County Detention Center located in Opelika Alabama. He complains that his constitutional rights are being violated at the jail because he is subject to unconstitutional conditions of confinement. Among the named defendants is "Jurisdiction System." Upon review of the complaint, the court concludes that dismissal of Plaintiff's claim against "Jurisdiction System" prior to service of process is appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

### Conclusion

This case with respect to the remaining defendants be referred back to the undersigned for additional proceedings ... Lee County Detention Center Staff Jay Jones, Lieutenant Corey Welch, Major Jouett, Sergeant Jolt, Nurse Griffith and Nurse Stewart.

### Discussion

"Jurisdiction System" is not a legal entity and therefore, is not a subject to suit or liability under (courts are not persons within the meaning) I am not suiting the court I am suiting the people that work within the jurisdiction

1.

system. The person that sent me the last form on 03-01-1006 wrote my name on it and put jurisdiction system. So I went to suit these people that work for the jurisdiction system are police system: Russell K. Bush District Judge, Kenneth Bibb District Attorney and Officer Smith Sheriff and violating my Constitution Right Bill of Rights 1. Freedom of Religion guaranteed Freedom of Speech and of the press: Right to petition 7. Right of trial by a jury. Writ of Habeas Corpus Bill of attainder or expost facto laws...

All person born or naturalized in the United States, and subject to the jurisdiction thereof are citizens of the United States or of the State wherein they reside the State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United, Nor shall any State deprive any person of life liberty or property without Due Process of law: Nor deny to any person within its jurisdiction the equal protection of the Law.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trail by jury shall be preserved, and no fact tried by a jury shall be other wise reexamined in any court of the United States, than according to the rules of the common law...

And if you send me two (2) more 42 USC & 1983 forms because I need them as soon as you can send them to me: Another how can you send me on the 14 and need it back before March 18, 1006 and they hold our mail one day and you

didn't send me a form, what would have happen if I did sen you the one I have now? Only if you are a family member had to deal with this; I am not asking you to brake a rule or anything, just send me what I need; where I ask, and do what I ask to help me and other inmate. I am not doing this for any money I am doing this for my freedom. Thank You for your help in this matter!

16-03-7006
Date

Pro Se: Jeffery Bernard Jones
Signature of Plaintiff

I declare under penalty of perjury that foregoing is true and correct...

16 March 7006
Date

Pro Se Jeffery Bernard Jones
Signature of Plaintiff

## Certificate of Service

I do hereby certify that I have serve a true and correct, to the Clerk of the United States ~~\_\_\_\_~~ District Court, and ask that the clerk serve copies to the following parties with copies of said statement:

1. Justice or Jurisdiction System
2. Lee County Detention Center
3. A.N.C.F.
4. Internal Affair
5. Inmate Affair
6. Prison and Jail Project
7. American Civil Liberties Union

Pro Se Jeffery B. Jones I
P.O. Box 7487
Opelika AL 31801
16-03-7006

3.