IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFERY BARNARD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv259-WHA |
| | ) |
| JURISDICTION SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on March 22, 2006, the Recommendation is adopted, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED with prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this 10th day of April, 2006.

　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE