IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFERY BARNARD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv259-WHA |
| | ) |
| JURISDICTION SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered on this day dismissing this case with prejudice,

Final Judgment is entered in favor of the Defendants, Kenneth Gibb, Russell K. Bush, Deputy Smith, Jay Jones, Major Tolbert, Corey Welch, Sergeat Tabb, Nurse Griffith, Nurse Stewart, and Jurisdiction System, and against the Plaintiff, Jeffery Barnard Jones.

DONE this 10th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE